# United States District Court
## for the
## Western District of New York

United States of America

v.

**JARREAU ROBINSON**

*Defendant*

Case No. 24-mj-1028

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1
### (Illegal Transfer of Machineguns)

On or about January 10, 2024, in the Western District of New York, the defendant **JARREAU ROBINSON** did knowingly transfer machineguns, to wit: machinegun conversion devices used to modify semi-automatic firearms to fire as fully automatic weapons, enabling said firearms to automatically shoot more than one shot without manual reloading, by a single function of the trigger.

**All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).**

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

CURTIS R. MIDDLEBROOKS
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Criminal Complaint submitted electronically by e-mail in .pdf format. Oath administered, and contents and signatures attested to me as true and accurate telephonically pursuant to Fed. R. Crim. P. 4.1.

Date: January, 12, 2024

*Judge's signature*

City and State: Buffalo, New York

HONORABLE JEREMIAH J. MCCARTHY
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK    )
COUNTY OF ERIE       )   SS:
CITY OF BUFFALO      )

**CURTIS MIDDLEBROOKS**, being duly sworn, deposes and says:

## INTRODUCTION

1. I am an investigative or law enforcement officer of the United States, within the meaning of Section 2510(7) of Title 18, United States Code, and I am empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since July of 2020. I have received basic drug, gang, criminal enterprise, and Title-III wiretaps investigative training at the FBI Training Academy located in Quantico, Virginia. Prior to my employment as a Special Agent with the FBI, I was employed as a United States Probation Officer (USPO) in the Western District of New York from July of 2009 through July of 2020. During my career, I have participated in investigations involving violent crime, firearms trafficking, drug trafficking networks, organized crime, and neighborhood-based street gangs. I have had the opportunity to work with several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated drug trafficking networks, with regard to the manner in which controlled substances are obtained, diluted, packaged, distributed, sold and used within the framework of drug trafficking in the Western District of New York, the District of Massachusetts, and the Northern District of West Virginia. In addition, I have had the opportunity to work with

several other FBI agents and other law enforcement agents and officers of varying experience levels, who have also investigated violent crime, firearms trafficking, drug trafficking networks, organized crime, and neighborhood-based street gangs in the Western District of New York, the District of Massachusetts, and the Northern District of West Virginia. As a result of my training and experience, and as a result of the information shared by my experienced colleagues, I am familiar with how individuals and associates possess and utilize firearms in crimes of violence and in the violent defense of themselves and their associates in the context of their drug-trafficking and gang-related activity. My investigative experience detailed herein, and the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein. During my tenure with the USPO and FBI, I have executed State and Federal search warrants in narcotics and firearms-related investigations.

2.      My current assignment requires extensive knowledge of matters related to illegal drug and firearms trafficking and violent gang activity in the Western District of New York. As part of my duties as a Special Agent, I investigate criminal activity related to drug and firearms trafficking. My experience includes, but is not limited to, conducting surveillance, interviewing witnesses, conducting database checks, analyzing telephone records, writing affidavits for search warrants and Title III wiretap investigations, executing search warrants, and working with undercover agents and informants. I am familiar with matters including, but not limited to, the means and methods used by drug and firearms trafficking organizations to purchase, transport, store, and distribute their products, and the concealing of profits generated from those transactions. Through my training and experience, I have become familiar with the methods of operations typically utilized by individuals who

2

distribute drugs and firearms. I know that it is common practice for drug and firearms traffickers to routinely utilize vehicles, rental vehicles, telephones, mobile phones, prepaid phones, calling cards, public telephones, text messaging, counter-surveillance, false or fictitious identities, and coded communications to communicate with their customers, suppliers, couriers, and other conspirators for the purpose of insulating themselves from the detection of law enforcement. Moreover, it is not unusual for these individuals to initiate such mobile or prepaid phone service in the name of an associate or family member or in the name of a fictitious individual. The individuals often require the use of a telephone facility to negotiate times, places, schemes, and manners for importing, possessing, concealing, and distributing controlled substances or firearms, and for arranging the concealment of proceeds derived from the sale of these items.

3.  This affidavit is being submitted for a limited purpose, that is, a probable cause determination. Therefore, I have not presented all of the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this manner.

4.  I make this affidavit in support a criminal complaint charging **JARREAU ROBINSON** with violating Title 18, United States Code, Sections 922(o) (illegal transfer of machineguns) and 924(a)(2).

## PROBABLE CAUSE

5.  Beginning on or around June 13, 2023, the FBI Buffalo Safe Streets Task Force (SSTF) began investigating **JARREAU ROBINSON's** firearms trafficking activities within the Western District of New York.

6.  On October 23, 2022, **JARREAU ROBINSON** was arrested by the Buffalo Police Department and charged with two (2) counts of criminal possession of a weapon 2nd degree – loaded firearm other than in a persona's home or business (Class C Felony), two (2) counts of criminal possession of a weapon 3rd degree – defaced for concealment (Class D Felony), resisting arrest (Class A Misdemeanor), and obstruction of governmental administration 2nd degree (Class A Misdemeanor). **JARREAU ROBINSON** is currently subject to pretrial release supervision through the Erie County Probation Department as a result of his October 23, 2022, arrest.

7.  Throughout the course of the investigation, investigators have conducted several controlled firearms purchases utilizing a confidential human source and undercover law enforcement officers. Between June 2023 and August 2023, investigators conducted three (3) controlled firearm purchases from **JARREAU ROBINSON** utilizing a confidential human source. Then, on several occasions between August 2023 and January 2024, **JARREAU ROBINSON** communicated with an undercover law enforcement officer (UC) regarding the sale of machinegun conversion devices[1] and firearms, and ultimately made

---

[1] Machinegun conversion devices covert a semi-automatic firearm into a fully-automatic firearm. For purposes of the Gun Control Act, these devices are "machineguns" themselves, because they are a combination of parts designed and intended for use in converting a weapon into a machinegun. *See* 18 U.S.C. § 921(a)(24); 26 U.S.C. § 5845(b).

sales to the UC on at least three (3) occasions. In his communications with the UC, examples of which are provided below, **JARREAU ROBINSON** sent the UC images of firearms that he was selling, which included machinegun conversion devices.



8. In addition, in his communications with the UC, **JARREAU ROBINSON** referred to the machinegun conversion devices that he was selling as "buttons":

5



9.      In my training and experience, firearms traffickers will often use slang terms, such as "button," "switch," or "chip," to refer to devices which are made for the sole purpose of modifying semi-automatic firearms to fire as fully automatic weapons.

10.     On Wednesday, January 10, 2024, SSTF investigators utilized a UC to conduct a controlled purchase of machinegun conversion devices from **JARREAU ROBINSON**. The UC exchanged text messages and telephone/Facetime calls with **JARREAU ROBINSON** to set up a meeting so that the UC could purchase a firearm from **JARREAU ROBINSON**. During the conversations, **JARREAU ROBINSON** agreed to meet at a predetermined meeting location within the City of Buffalo. Following the conversation, the UC traveled to

the meeting location and purchased three (3) machinegun conversion devices from **JARREAU ROBINSON** in exchange for $700. Investigators observed **JARREAU ROBINSON** meet with the UC during the controlled purchase. The controlled purchase was audio and video recorded. Investigators reviewed the recording of the controlled purchase and identified **JARREAU ROBINSON**, via voice and visual observation, as the person who sold the three (3) machinegun conversion devices to the UC.[2]

11. I request that this affidavit and criminal complaint remain sealed until **JARREAU ROBINSON** is arrested, or the Court orders it to be unsealed, whichever occurs first.

12. WHEREFORE, based upon the foregoing, I respectfully submit that there is probable cause to believe that **JARREAU ROBINSON** violated Title 18, United States Code, Sections 922(o) and 924(a)(2)

*Curtis R. Middlebrooks*
CURTIS R. MIDDLEBROOKS
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically
this 12th day of January, 2024.

HONORABLE JEREMIAH J. McCARTHY
United States Magistrate Judge

---

[2] The suspected machinegun conversion devices were reviewed by an ATF Special Agent, who believes they are operable. However, law enforcement has submitted the devices to the laboratory for official confirmation.